THE HONORABLE SALVADOR MENDOZA, JR.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIVERSIFIED TECHNOLOGY HOLDINGS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>MINERLOGIC, LLC, a Washington limited liability company; LOGIX LLC, a Washington limited liability company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00195-SMJ<br><br>**STIPULATION AND ORDER FOR DISSMISAL WITH PREJUDICE** |

## I. STIPULATION

The parties hereby stipulate to and request dismissal of the Complaint with prejudice, pursuant to FRCP 41(A)(ii). Plaintiff Diversified Technology Holdings, Inc. filed its Complaint on May 28, 2020. Dkt. No. 1. On June 15, 2020, attorney Andrew Escobar entered a Notice of Appearance for Defendants Minerlogic, LLC and Logix LLC, Dkt. No. 3, and attorney David Freeburg entered a Notice of appearance for Defendants Minerlogic, LLC and Logix LLC. Dkt. No. 4. On June 17, 2020, Plaintiff sent Defendants MinerLogic, LLC and Logix LLC a request for

waiver of service, which Defendants accepted on June 18, 2020. Dkt. Nos. 5–6. Pursuant to Federal Rule of Civil Procedure 4(d)(3), Defendants' response to Plaintiff's Complaint was originally due on August 17, 2020. A stipulation and Order was entered moving that date to August 27, 2020. Dkt. 7 The same was granted on August 25, 2020. Dkt. 8. Defendants MinerLogic, LLC and Logix LLC filed a Notice of Settlement on August 27, 2020. Dkt. 9. The parties entered into a confidential settlement agreement on August 31, 2020. Dkt No. 10 at 2. The parties also stipulated to and requested an extension for Defendants' deadline to file an Answer to the Complaint to November 13, 2020, while the terms of the settlement were finalized. The Second Stipulated Motion for Extension of Time to File Answer, Dkt No. 10, was granted. No responsive pleading has been filed.

Good cause exists for the dismissal of this Complaint with Prejudice. Plaintiff and Defendants have entered into a confidential settlement agreement on August 31, 2020, which terms included dismissal of the lawsuit upon completion of the settlement terms.

The parties have satisfactorily completed all terms of the settlement, except for dismissal of this lawsuit with prejudice.

Accordingly, subject to the Court's approval, the parties agree as follows:

Plaintiff Diversified Technology Holdings, Inc. Complaint filed on May 28, 2020, Dkt. No. 1, should be Dismissed with Prejudice.

STIPULATION AND [PROPOSED] ORDER FOR
DISSMISAL WITH PREJUDICE

Brennan Legal Counsel Group, PLLC
1010 S. I Street
Tacoma, WA 98405
(206) 280 8349 phone • (888) 423-6105 fax

Dated this 26th day of October, 2020.

| BRENNAN LEGAL COUNSEL GROUP, PLLC | DLA PIPER LLP (US) |
|---|---|
| */s/ Shauna Brennan*<br>Shauna Brennan, WSBA No. 36461<br>1010 S. I Street<br>Tacoma, Washington 98405<br>Tel:   206.839.4800<br>Fax:   206.839.4801<br>E-mail:<br>sbrennan@outsidegeneralcounsel.com<br>*Attorney for Plaintiff*<br>*Diversified Technology Holdings, Inc.* | */s/ David Freeburg*<br>Andrew Escobar, WSBA No. 42793<br>David Freeburg, WSBA No. 48935<br>701 Fifth Avenue, Suite 6900<br>Seattle, Washington 98104<br>Tel:   206.839.4800<br>Fax:   206.839.4801<br>E-mail:<br>andrew.escobar@us.dlapiper.com<br>E-mail:<br>david.freeburg@us.dlapiper.com<br>*Attorney for Defendants*<br>*Minerlogic, LLC and Logix LLC.* |

## **ORDER**

It is so ORDERED.

Dated this \_\_\_\_ day of October, 2020.

---

Salvador Mendoza, Jr.

United States District Judge

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the parties.

Dated this 26th day of October, 2020.

*/s/ Rebecca Post*

Rebecca Post
An Employee of Brennan Legal
Counsel Group, PLLC

STIPULATION AND [PROPOSED] ORDER FOR
DISSMISAL WITH PREJUDICE

Brennan Legal Counsel Group, PLLC
1010 S. I Street
Tacoma, WA 98405
(206) 280 8349 phone • (888) 423-6105 fax