Case 2:20-cv-00195-SMJ    ECF No. 13    filed 10/26/20    PageID.80    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 26, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIVERSIFIED TECHNOLOGY HOLDINGS INC, a Nevada corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>MINERLOGIC LLC, a Washington limited liability company; LOGIX LLC, a Washington limited liability company; DOES 1 through X, inclusive; and ROE CORPORATIONS 1 through X, inclusive,<br><br>        Defendants. | No.   2:20-cv-00195-SMJ<br><br>**ORDER DISMISSING CASE** |

On October 26, 2020, the parties filed a Stipulated Motion to Dismiss with Prejudice. ECF No. 12. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

**1.** The parties' Stipulated Motion to Dismiss with Prejudice, **ECF No. 12**, is **GRANTED**.

**2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

**3.** All pending motions are **DENIED AS MOOT**.

ORDER DISMISSING CASE – 1

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 26th day of October 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2